JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DERRICK JESUS ODEN SR.,   ) Case No. CV 17-5639-AG (JPR)
                      )
        Plaintiff,   )
                      )    **J U D G M E N T**
        v.          )
                      )
STATE OF CALIFORNIA et al.,  )
                      )
        Defendants.  )
                      )

    Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: <u>January 31, 2019</u>    _____
                            ANDREW J. GUILFORD
                            U.S. DISTRICT JUDGE